UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| BANEKS RESTAURANT, INC. | § | Case No. 08-28454 MB |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that THOMAS E. SPRINGER, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
CLERK OF THE U.S. BANKRUPTCY COURT
219 S. DEARBORN STREET
CHICAGO, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 01/05/2012 in Courtroom 250,
United States Courthouse
Old Kane County Courthouse
100 S. Third Street, Geveva, IL  60134
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____     By: _____

THOMAS E. SPRINGER, TRUSTEE
400 S. County Farm Road
Suite 330
Wheaton, IL 60187

UST Form 101-7-NFR (5/1/2011) (Page: 1)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
BANEKS RESTAURANT, INC. §   Case No. 08-28454 MB
§
Debtor(s) §

### SUMMARY OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 7,603.71 |
| and approved disbursements of | $ | 22.93 |
| leaving a balance on hand of[1] | $ | 7,580.78 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: THOMAS E. SPRINGER, TRUSTEE | $ 1,510.37 | $ 0.00 | $ 1,510.37 |
| Attorney for Trustee Fees: Thomas E. Springer | $ 3,572.50 | $ 0.00 | $ 3,572.50 |
| Accountant for Trustee Fees: Alan S. Horewitch, CPA | $ 1,917.50 | $ 0.00 | $ 1,917.50 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 6.30 | $ 6.30 | $ 0.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 7,000.37 |
| Remaining Balance | | $ | 580.41 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) (Page: 2)

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 663.54 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 87.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American Express Bank FSB | $ 30.00 | $ 0.00 | $ 26.24 |
| 2 | Indemnity Company and Affliates | $ 633.54 | $ 0.00 | $ 554.17 |

Total to be paid to timely general unsecured creditors     $     580.41

Remaining Balance     $     0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ _____

THOMAS E. SPRINGER, TRUSTEE
400 S. County Farm Road
Suite 330
Wheaton, IL 60187

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 08-28454-MB
Banek's Restaurant Inc                                              Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1         User: bchavez          Page 1 of 2         Date Rcvd: Jan 09, 2012
                             Form ID: pdf006        Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 11, 2012.
```
 db         +Banek's Restaurant Inc,    2517 Pinehurst Dr,    Aurora, IL 60506-6407
 aty        +Springer, Brown, Covey, Gaertner, & Davis LLC,     400 S Country Farm Road Ste 330,
              Wheaton, IL 60187-4547
12741242     Accident Fund,    PO Box 77000 Dept 77125,    Detroit, MI  48277-0125
13484730    +American Compressed Gases Inc,    189 Central Avenue,    Old Tappan NJ 07675-7399
13484731    +American Express,    PO Box 53852,    Phoenix AZ 85072-3852
13842222     American Express Bank FSB,    c/o Becket and Lee LLP,    POB 3001,    Malvern  PA 19355-0701
12741241    +C David Ward,    2756 Route 34,    Oswego, IL 60543-8301
12741243    +Capital One,    P. O. Box 260848,    Plano, TX 75026-0848
12741244    +Dolan & Murphy Management, LLC,    C/O Rorry K. Bonifas,    2114 Deerpath Road,
              Aurora, IL 60506-7943
13484732     Dominion Retail,    PO Box 298,    Pittsburgh PA 15230-0298
12741245    +Euler Hermes,    600 7th Street,    Louisville, KY 40203-1968
12741247    +Horacio Vasquez,    1731 Balmoral Lane,    Montgomery, IL 60538-4082
13996994    +Indemnity Company and Affliates,    Travels Indemity Company,
              c/o RMS Bankruptcy Recovery Services,    PO Box 5126,    Timonium, MD 21094-5126
13484733    +NCC Financial Systems Inc,    PO Box 17196,    Baltimore MD 21297-1196
12741249    +National City Bank,    PO Box 4068,    Kalamazoo, MI 49003-4068
12741251    +Sysco Food Services - Chicago, Inc.,    250 Wieboldt Drive,    Des Plaines, IL 60016-3100
12741252    +Township Of Aurora,    80 N. Broadway,    Aurora, IL 60505-3327
12741253    +Travelers,   Crum-Halsted Agency Inc.,    2350 Bethany Road,    Sycamore, IL 60178-3159
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
12741250    +E-mail/Text: bankrup@nicor.com Jan 10 2012 03:21:30     Nicor Gas,   PO Box 2020,
              Aurora, IL 60507-2020
                                                                                              TOTAL: 1
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12741248*   +Horacio Vasquez,    1731 Balmoral Lane,    Montgomery, IL 60538-4082
12741240   ##+Banek's Restaurant Inc,    2124 Galena Blvd,    Aurora, IL 60506-3276
12741246   ##+Fox Valley Park District,    712 S. River St.,    Aurora, IL 60506-5911
                                                                                   TOTALS: 0, * 1, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.




**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 11, 2012        Signature:** *Joseph Speetjens*

```
District/off: 0752-1          User: bchavez              Page 2 of 2              Date Rcvd: Jan 09, 2012
                              Form ID: pdf006            Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 6, 2012 at the address(es) listed below:

```
          C David Ward    on behalf of Debtor   Banek's Restaurant Inc cdward1945@yahoo.com,
           ladylaw1031@msn.com
          Joshua D Greene    on behalf of Trustee Thomas Springer jgreene@springerbrown.com,
           sellis@springerbrown.com
          Monette W Cope    on behalf of Creditor   National City Bank ecfnil@weltman.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Thomas E Springer    on behalf of Trustee Thomas Springer tspringer@springerbrown.com,
           jkrafcisin@springerbrown.com
          Thomas E Springer    tspringer@springerbrown.com,
           tspringer@ecf.epiqsystems.com;jkrafcisin@springerbrown.com
                                                                                             TOTAL: 6
```